**VERIFICATION**

I, Patricia Goodman, hereby declare, under penalty of perjury as follows:

I am the plaintiff in the above-captioned shareholder derivative action. I have read the foregoing shareholder derivative complaint (the "Complaint") and authorized its filing. Based upon the investigation of my counsel, the allegations in the Complaint are true to the best of my knowledge, information and belief.

DATED: November 7th, 2011

Patricia Goodman
PATRICIA GOODMAN